IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAYE JONES, | ) | |
| | ) | 8:05CV506 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| JoAnne B. Barnhart, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

A request has been received for random reassignment of this case to a District Judge. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Laurie Smith Camp for disposition.

DATED this 8th day of December, 2005.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court