IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RAYE JONES,** | ) | **CASE NO. 8:05CV506** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner, Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's unopposed motion for an extension of time to file a brief (Filing No. 18).

IT IS ORDERED:

1. The Defendant's motion for an extension of time to file a brief (Filing No. 18) is granted; and

2. The Defendant's brief shall be filed and submitted to chambers via e-mail as described in the Court's previous order on or before April 28, 2006.

DATED this 27th day of March, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge