IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RAYE JONES,** | ) | **CASE NO. 8:05CV506** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **SOCIAL SECURITY ADMINISTRATION, Jo Anne B. Barnhart, Commissioner,** | ) ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Application for Attorneys Fees Under the Equal Access to Justice Act (Filing No. 22), filed by Timothy J. Cuddigan, counsel for Plaintiff Raye Jones. The Defendant, Commissioner Jo Anne B. Barnhart, has no objection to the application (Filing No. 24).

I find that Raye Jones is the prevailing party in this action, that the application for attorneys fees is in order, and that the attorneys fees requested by Mr. Cuddigan are reasonable. On these findings, I conclude that the award of fees should be granted under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Accordingly,

IT IS ORDERED:

(1) Plaintiff's Application for Attorneys Fees Under the Equal Access to Justice Act (Filing No. 22) is granted;

(2) Attorneys fees in the amount of $4,841.88, which represents 30.5 hours of work, shall be awarded to attorney Timothy J. Cuddigan.

DATED this 19th day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge